UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------
HASAN ALBAYRAK,

                          Plaintiff,                                    **ORDER**
                                                                     19-CV-5792 (SJF) (ARL)

      -against-

SUNRISE 888 INC and FENGXIANG CUI

                        Defendants.
-----------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the Court is the letter application of the plaintiff, Hasan Albayrak, seeking leave to serve a deposition subpoena on non-party James Yeung ("Yeung") by regular mail and an order compelling the defendants to produce a 30(b)(6) witness. To the extent the plaintiff seeks to compel the defendants to produce a 30(b)(6) witness that request is granted as unopposed. Upon receipt of this order, counsel for the parties are directed to immediately meet and confer, by telephone, to schedule the deposition at a mutually convenient time on or before January 8, 2021.

      The plaintiff's request to serve Yeung by alternative service is denied with leave to renew. According to the plaintiff's applications, the defendants were not able to provide an address for Yeung. Although the application describes the attempts made by the process server to serve Yeung, nothing in the letter explains how the plaintiff's process server obtained what it believed to be Yeung's current address.

Dated: Central Islip, New York                    SO ORDERED:
       December 18, 2020

                                                          _____/s_____
                                                          ARLENE R. LINDSAY
                                                         United States Magistrate Judge